UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   CAROL R. WILSON            CASE NO.:        6:12-bk-03297
                                     Chapter 13

   Debtor(s).
_____/

### Third Amended Chapter 13 Plan

   COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-4 | $1,802.50 |
| 5-60 | $1,970.00 |

**See attached spreadsheet**

   The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Veronica Anderson, Esquire** | **$1,574.00** | $214.00 | 1-2 |
|  |  | $64.00 | 3-4 |
|  |  | $203.60 | 5-9 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

**Secured Claims Which Will Extend Beyond the Length of the Plan**

**Debtor will apply to the Court for permission to (1) have her trustee payment deducted directly from her paycheck; (2) for an Order for Mediation; and (3) an Order confirming**

that debtor's monthly mortgage payment shall not exceed $712.00 per month plus escrow, or 30 percent of her gross monthly income.  Plan includes payment of mediation fee in the amount of $300.00.

| Secured Creditor | Description of Collateral | Monthly Mortgage Payment | Payment Month Numbers |
|---|---|---|---|
| Wells Fargo | Homestead: 12815 Oulton Circle, Orlando, FL | $1,130.00 This amount includes $712.00 P and I plus escrow | Long term payment continues beyond plan |

**Secured Pre-petition Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Secured Post-petition Arrearage**
None

**Secured Claims Which Will Not Extend Beyond the Length of the Plan**

| Creditor | Property | Claim | Payment | Months |
|---|---|---|---|---|
| American Honda Finance | 2006 Honda Accord | $3856.15 at 9.79% | Over 24 months $177.56 | 1-24 |
| HOA of Eagle Creek | 12815 Oulton Cr. Orlando, FL | $14,759.21 PD @ 18% | $100.00 | 1-4 |
| | | | $256.00 | 5-59 |
| | | | $279.21 | 60 |

**Property to Be Surrendered:**

Debtor will surrender the following collateral in full satisfaction of any claim.  Nothing herein is intended to abrogate Debtor's state law contract claims.

| Name of Creditor | Claim Amount | Description of Property |
|---|---|---|
| **Countrywide Mortgage** | **$143,959.00** | 115 Alameda Dr Kissimmee, FL |
| **Hsbc/rs** | **$35,990.00** | 115 Alameda Dr Kissimmee, FL |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**          **Description of Collateral:**          **Month Numbers:**
- None
-

**The following Executory Contracts are rejected:**
**Name of Creditor:**          None          **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **Unknown%.**

**Other Provisions:**

1. Any secured creditor who is paid in full pursuant to this plan shall release their lien, promptly, upon receipt of the last payment.
2. The provisions of 11 U.S.C. 1327 apply to this plan and no interest, penalties, attorney's fees or other charges shall be due to any creditor except those provided for in this Chapter 13 plan.
3. In the event there is an increase in the escrow amount due on any mortgage debt, it is the responsibility of the creditor to notify the Chapter 13 Trustee and the debtor, in an appropriate manner as provided by law. In the event that the mortgage holder does not notify the Chapter 13 Trustee and the debtor, any increase in the escrow shall be deemed discharged upon successful completion of the plan and the granting of the final discharge.
4. Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).
5. Upon the final payment of any secured claim provided for in this plan, the lienholder shall promptly tender to the Debtor any and all documents evidencing title and/or ownership of the collateral securing the claim.
6. Domestic Support: Not Applicable

Dated:   8-8-2012                                      _____
                                                       CAROL R. WILSON, Debtor

| DUE DATE 14TH | | 12-3297 J 4/14/2012 | | | 10.0% Tee Fee | | | | WELLS FARGO | | COUNTRYWIDE | | | AMERICAN HONDA | | HOA EAGLE CREEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unsecured | | Debtor Pmt | | | ATTY | | | | | | | | | |
| | 60 | | 60 | | | | $1,574.00 | | | | | | | | | $14,759.21 |
| 4/14/2012 | 1 | $0.69 | | $1,802.50 | $180.25 | | $214.00 | | $1,130.00 | 1 at | ALAMEDA DR | | | $177.56 | | $100.00 |
| 5/14/2012 | 2 | $0.69 | | $1,802.50 | $180.25 | 2 at | $214.00 | | $1,130.00 | 1 at | SURR | | | $177.56 | | $100.00 |
| 6/14/2012 | 3 | $0.69 | | $1,802.50 | $180.25 | | $64.00 | | $1,130.00 | | | | | $177.56 | | $100.00 |
| 7/14/2012 | 4 | $0.69 | 4 at | $1,802.50 | $180.25 | 2 at | $64.00 | | $1,130.00 | | | | | $177.56 | 4 at | $100.00 |
| 8/14/2012 | 5 | $5.84 | | $1,970.00 | $197.00 | | $203.60 | | $1,130.00 | 3 at | | | | $177.56 | | $256.00 |
| 9/14/2012 | 6 | $5.84 | | $1,970.00 | $197.00 | | $203.60 | | $1,130.00 | 1 at | HSBC/RS | | | $177.56 | | $256.00 |
| 10/14/2012 | 7 | $5.84 | | $1,970.00 | $197.00 | | $203.60 | | $1,130.00 | 1 at | ALAMEDA DR | | | $177.56 | | $256.00 |
| 11/14/2012 | 8 | $5.84 | | $1,970.00 | $197.00 | | $203.60 | | $1,130.00 | 1 at | SURR | | | $177.56 | | $256.00 |
| 12/14/2012 | 9 | $5.84 | | $1,970.00 | $197.00 | 5 at | $203.60 | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 1/14/2013 | 10 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 2/14/2013 | 11 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 3/14/2013 | 12 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 4/14/2013 | 13 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 5/14/2013 | 14 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 6/14/2013 | 15 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 7/14/2013 | 16 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 8/14/2013 | 17 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 9/14/2013 | 18 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 10/14/2013 | 19 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 11/14/2013 | 20 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 12/14/2013 | 21 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 1/14/2014 | 22 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 2/14/2014 | 23 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | $177.56 | | $256.00 |
| 3/14/2014 | 24 | $209.44 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | 24 at | $177.56 | | $256.00 |
| 4/14/2014 | 25 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 5/14/2014 | 26 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 6/14/2014 | 27 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 7/14/2014 | 28 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 8/14/2014 | 29 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 9/14/2014 | 30 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 10/14/2014 | 31 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 11/14/2014 | 32 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 12/14/2014 | 33 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 1/14/2015 | 34 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 2/14/2015 | 35 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 3/14/2015 | 36 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 4/14/2015 | 37 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 5/14/2015 | 38 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 6/14/2015 | 39 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 7/14/2015 | 40 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 8/14/2015 | 41 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 9/14/2015 | 42 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 10/14/2015 | 43 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 11/14/2015 | 44 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 12/14/2015 | 45 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 1/14/2016 | 46 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 2/14/2016 | 47 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 3/14/2016 | 48 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 4/14/2016 | 49 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 5/14/2016 | 50 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 6/14/2016 | 51 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 7/14/2016 | 52 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 8/14/2016 | 53 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 9/14/2016 | 54 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 10/14/2016 | 55 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 11/14/2016 | 56 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 12/14/2016 | 57 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 1/14/2017 | 58 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | | $256.00 |
| 2/14/2017 | 59 | $387.00 | | $1,970.00 | $197.00 | | | | $1,130.00 | | | | | | 55 at | $256.00 |
| 3/14/2017 | 60 | $363.79 | 56 at | $1,970.00 | $197.00 | | | 60 at | $1,130.00 | 52 at | | 36 at | | | 1 at | $279.21 |
| | | | | | | | | | | | | | | | | |
| | | $17,082.35 | | $117,530.00 | $11,753.00 | | $1,574.00 | | $67,800.00 | | | | | $4,261.44 | | $14,759.21 |
| | | $1.00 | | | | | ATTY | | | | | | | | | pd @ 18% |
| | | 1708235% | | | | | | | | | | | | | | |

| DUE DATE 14TH | | | MEDIATON CLAIM | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | | | |
| 4/14/2012 | 1 | | | | | | | | | | | | | | |
| 5/14/2012 | 2 | 2 at | | | | | | | | | | | | | |
| 6/14/2012 | 3 | | $150.00 | | | | | | | | | | | | |
| 7/14/2012 | 4 | 2 at | $150.00 | | | | | | | | | | | | |
| 8/14/2012 | 5 | | | | | | | | | | | | | | |
| 9/14/2012 | 6 | | | | | | | | | | | | | | |
| 10/14/2012 | 7 | | | | | | | | | | | | | | |
| 11/14/2012 | 8 | | | | | | | | | | | | | | |
| 12/14/2012 | 9 | | | | | | | | | | | | | | |
| 1/14/2013 | 10 | | | | | | | | | | | | | | |
| 2/14/2013 | 11 | | | | | | | | | | | | | | |
| 3/14/2013 | 12 | | | | | | | | | | | | | | |
| 4/14/2013 | 13 | | | | | | | | | | | | | | |
| 5/14/2013 | 14 | | | | | | | | | | | | | | |
| 6/14/2013 | 15 | | | | | | | | | | | | | | |
| 7/14/2013 | 16 | | | | | | | | | | | | | | |
| 8/14/2013 | 17 | | | | | | | | | | | | | | |
| 9/14/2013 | 18 | | | | | | | | | | | | | | |
| 10/14/2013 | 19 | | | | | | | | | | | | | | |
| 11/14/2013 | 20 | | | | | | | | | | | | | | |
| 12/14/2013 | 21 | | | | | | | | | | | | | | |
| 1/14/2014 | 22 | | | | | | | | | | | | | | |
| 2/14/2014 | 23 | | | | | | | | | | | | | | |
| 3/14/2014 | 24 | | | | | | | | | | | | | | |
| 4/14/2014 | 25 | | | | | | | | | | | | | | |
| 5/14/2014 | 26 | | | | | | | | | | | | | | |
| 6/14/2014 | 27 | | | | | | | | | | | | | | |
| 7/14/2014 | 28 | | | | | | | | | | | | | | |
| 8/14/2014 | 29 | | | | | | | | | | | | | | |
| 9/14/2014 | 30 | | | | | | | | | | | | | | |
| 10/14/2014 | 31 | | | | | | | | | | | | | | |
| 11/14/2014 | 32 | | | | | | | | | | | | | | |
| 12/14/2014 | 33 | | | | | | | | | | | | | | |
| 1/14/2015 | 34 | | | | | | | | | | | | | | |
| 2/14/2015 | 35 | | | | | | | | | | | | | | |
| 3/14/2015 | 36 | | | | | | | | | | | | | | |
| 4/14/2015 | 37 | | | | | | | | | | | | | | |
| 5/14/2015 | 38 | | | | | | | | | | | | | | |
| 6/14/2015 | 39 | | | | | | | | | | | | | | |
| 7/14/2015 | 40 | | | | | | | | | | | | | | |
| 8/14/2015 | 41 | | | | | | | | | | | | | | |
| 9/14/2015 | 42 | | | | | | | | | | | | | | |
| 10/14/2015 | 43 | | | | | | | | | | | | | | |
| 11/14/2015 | 44 | | | | | | | | | | | | | | |
| 12/14/2015 | 45 | | | | | | | | | | | | | | |
| 1/14/2016 | 46 | | | | | | | | | | | | | | |
| 2/14/2016 | 47 | | | | | | | | | | | | | | |
| 3/14/2016 | 48 | | | | | | | | | | | | | | |
| 4/14/2016 | 49 | | | | | | | | | | | | | | |
| 5/14/2016 | 50 | | | | | | | | | | | | | | |
| 6/14/2016 | 51 | | | | | | | | | | | | | | |
| 7/14/2016 | 52 | | | | | | | | | | | | | | |
| 8/14/2016 | 53 | | | | | | | | | | | | | | |
| 9/14/2016 | 54 | | | | | | | | | | | | | | |
| 10/14/2016 | 55 | | | | | | | | | | | | | | |
| 11/14/2016 | 56 | | | | | | | | | | | | | | |
| 12/14/2016 | 57 | | | | | | | | | | | | | | |
| 1/14/2017 | 58 | | | | | | | | | | | | | | |
| 2/14/2017 | 59 | | | | | | | | | | | | | | |
| 3/14/2017 | 60 | 56 at | | 60 at | | 60 at | | 60 at | | 60 at | | | | | |
| | | | $300.00 | | | | | | | | | | | | |

| DUE DATE 14TH | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | FINAL | |
| | 60 | | | | | | | | | | |
| 4/14/2012 | 1 | | | | | | | | | | |
| 5/14/2012 | 2 | | | | | | | | | | |
| 6/14/2012 | 3 | | | | | | | | | | |
| 7/14/2012 | 4 | | | | | | | | | | |
| 8/14/2012 | 5 | | | | | | | | | | |
| 9/14/2012 | 6 | | | | | | | | | | |
| 10/14/2012 | 7 | | | | | | | | | | |
| 11/14/2012 | 8 | | | | | | | | | | |
| 12/14/2012 | 9 | | | | | | | | | | |
| 1/14/2013 | 10 | | | | | | | | | | |
| 2/14/2013 | 11 | | | | | | | | | | |
| 3/14/2013 | 12 | | | | | | | | | | |
| 4/14/2013 | 13 | | | | | | | | | | |
| 5/14/2013 | 14 | | | | | | | | | | |
| 6/14/2013 | 15 | | | | | | | | | | |
| 7/14/2013 | 16 | | | | | | | | | | |
| 8/14/2013 | 17 | | | | | | | | | | |
| 9/14/2013 | 18 | | | | | | | | | | |
| 10/14/2013 | 19 | | | | | | | | | | |
| 11/14/2013 | 20 | | | | | | | | | | |
| 12/14/2013 | 21 | | | | | | | | | | |
| 1/14/2014 | 22 | | | | | | | | | | |
| 2/14/2014 | 23 | | | | | | | | | | |
| 3/14/2014 | 24 | | | | | | | | | | |
| 4/14/2014 | 25 | | | | | | | | | | |
| 5/14/2014 | 26 | | | | | | | | | | |
| 6/14/2014 | 27 | | | | | | | | | | |
| 7/14/2014 | 28 | | | | | | | | | | |
| 8/14/2014 | 29 | | | | | | | | | | |
| 9/14/2014 | 30 | | | | | | | | | | |
| 10/14/2014 | 31 | | | | | | | | | | |
| 11/14/2014 | 32 | | | | | | | | | | |
| 12/14/2014 | 33 | | | | | | | | | | |
| 1/14/2015 | 34 | | | | | | | | | | |
| 2/14/2015 | 35 | | | | | | | | | | |
| 3/14/2015 | 36 | | | | | | | | | | |
| 4/14/2015 | 37 | | | | | | | | | | |
| 5/14/2015 | 38 | | | | | | | | | | |
| 6/14/2015 | 39 | | | | | | | | | | |
| 7/14/2015 | 40 | | | | | | | | | | |
| 8/14/2015 | 41 | | | | | | | | | | |
| 9/14/2015 | 42 | | | | | | | | | | |
| 10/14/2015 | 43 | | | | | | | | | | |
| 11/14/2015 | 44 | | | | | | | | | | |
| 12/14/2015 | 45 | | | | | | | | | | |
| 1/14/2016 | 46 | | | | | | | | | | |
| 2/14/2016 | 47 | | | | | | | | | | |
| 3/14/2016 | 48 | | | | | | | | | | |
| 4/14/2016 | 49 | | | | | | | | | | |
| 5/14/2016 | 50 | | | | | | | | | | |
| 6/14/2016 | 51 | | | | | | | | | | |
| 7/14/2016 | 52 | | | | | | | | | | |
| 8/14/2016 | 53 | | | | | | | | | | |
| 9/14/2016 | 54 | | | | | | | | | | |
| 10/14/2016 | 55 | | | | | | | | | | |
| 11/14/2016 | 56 | | | | | | | | | | |
| 12/14/2016 | 57 | | | | | | | | | | |
| 1/14/2017 | 58 | | | | | | | | | | |
| 2/14/2017 | 59 | | | | | | | | | | |
| 3/14/2017 | 60 | | | | | | | | | | |

## CERTIFICATE OF SERVICE

     I/We hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Bankruptcy Court and furnished by United States mail, postage prepaid, or electronic mail, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this  8th  day of August, 2012.

/s/ Monica Robertson-Udokwu
_____
Attorney for the Debtor
Florida Bar No.
Anderson and Associates, P.A.
1339 W. Colonial Drive
Orlando, Florida 32804
Telephone: (407) 843-9901
Fax: (407) 843-9903

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-03297-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Aug  8 13:35:02 EDT 2012 | Homeowner association eagle creek<br>c/o Karen Wonsetler, P.A.<br>860 N. Orange Ave., Ste. 135<br>Orlando, Fl 32801-1011 | United States Trustee - ORL7/13 7<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 |
| United States Bankruptcy Court<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801-2443 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 |
| American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK  73126-9093 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (c)CBE GROUP<br>131 TOWER PARK DR STE 100<br>WATERLOO IA  50701-9374 |
| Citibank Usa<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citifinancial<br>Po Box 499<br>Hanover, MD 21076-0499 | Citifinancial Retail S<br>Po Box 22066<br>Tempe, AZ 85285-2066 |
| Countrywide Home Lending<br>Attn: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Emc Mortgage Corp<br>2780 Lake Vista Drive<br>Lewisville, TX 75067-3884 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| HOUSEHOLD FINANCE CORPORATION III<br>636 GRAND REGENCY BLVD.<br>BRANDON, FL 33510-3942 | Homeowners Association Eagle Creek<br>Attn: Danielle Riggin, Esquire<br>860 N. Orange Avenue<br>Suite 135<br>Orlando, FL 32801-1011 | Homeowners Association of Eagle Creek<br>c/o Karen Wonsetler, P.A.<br>860 N. Orange Ave.<br>Suite 135<br>Orlando, FL 32801-1011 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JP Morgan Chase Bank NA<br>Attn:  Any Officer<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 |
| Macys/fdsb<br>Macy's Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Maf Collection Service<br>134 S Tampa St<br>Tampa, FL 33602-5354 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 |
| Orange County Tax Collector<br>Attn:  Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Orange County Tax Collector<br>Earl K. Wood Tax Collector<br>PO Box 2551<br>Orlando, FL 32802-2551 | Orange County Tax Collector<br>PO Box 545100<br>Local Business Tax Division<br>Orlando, FL 32854-5100 |
| Orlando Fcu<br>1117 S Westmoreland Dr<br>Orlando, FL 32805-3866 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery&aff<br>Attn: Bankruptcy<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4962 |

| | | |
|---|---|---|
| Sams Club<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Thd/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Wells Fargo Home Mortgage<br>MAC X7801-03K<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | West Asset<br>Attn: Bankruptcy<br>P.O. Box 105478<br>Atlanta, GA 30348-5478 | Carol Rosemarie Wilson<br>12815 Oulton Circle<br>Orlando, FL 32832-6127 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Monica Robertson-Udokwu<br>Anderson and Associates PA<br>1339 W. Colonial Drive<br>Orlando, FL 32804-7133 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | (d)American Honda Finance Corp.<br>PO Box 60001<br>City Of Industry, CA 91716-0001 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 |
| Hsbc/rs<br>Hsbc Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank | (u)866-716-6441 | (u)Cbc/aes/nct |

```
(u)Sallie Mae, Inc
Attn: Payment Dept
P.O. Box 9532
```

End of Label Matrix
Mailable recipients    37
Bypassed recipients     4
Total                  41