UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:   Case No.   6:12-bk-03297 KSJ

CAROL ROSEMARIE WILSON,

Debtor

_____/

# ORDER GRANTING DEBTOR'S AMENDED MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT [DOC. NO. 48]

THIS CAUSE having been brought before the Court for consideration, on October 11, 2012, on the Debtor's Amended Motion to Approve HAMP Trial Period Agreement (Doc. No. 48); and the Court having considered the documents submitted, and for good cause shown, it is hereby

ORDERED:

1. The Amended Motion to Approve HAMP Trial Period Agreement (Doc. No. 48) is GRANTED.

2. The trial period has been approved for three months beginning October 1, 2012 and the Trustee shall direct mortgage payments in the amount of $1,512.71 monthly to the following address:

    RESIDENTIAL CREDIT SOLUTIONS, INC       OVERNIGHT ADDRESS:
    P.O. BOX 163289                          RESIDENTIAL CREDIT SOLUTIONS, INC
    FORT WORTH, TEXAS  76161                 4282 NORTH FREEWAY
                                             FORT WORTH, TEXAS 76137

3. After the three payments have been made timely, Wells Fargo or Residential Credit Solutions shall send the final agreement to the debtor within a reasonable amount of time.

4. Payments made to the Chapter 13 Trustee constitute timely payments to the lender, Wells Fargo Bank, NA as Trustee, or its representatives or assignees.

5.  Any objection to this Order must be filed with the Court within 14 days of the entry of this Order. Objections must be served on the Chapter 13 Trustee, the U.S. Trustee, and the debtor's attorney.

DONE and ORDERED in Orlando, Florida, this 4th day of February, 2013

_____
Hon. Karen S. Jennemann, USBJ

Copies to:

Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Florida 32790, and to:

Wells Fargo, Residential Credit, c/o Albertelli Law, 100 Galleria Parkway, Suite 960, Atlanta, Georgia 30339, Attn: Wayne B. Spivak, Esquire, wspivak@albertellilaw.com

Wells Fargo, Residential Credit, c/o Albertelli Law, PO Box 23028 Tampa, Florida 33623
Attn:  Wayne B. Spivak, Esquire, wspivak@albertellilaw.com

All interested parties on the annexed service list - Case No. 12-03297

```
Label Matrix for local noticing          Homeowner association eagle creek        United States Trustee - ORL7/13 7
113A-6                                   c/o Karen Wonsetler, P.A.                135 W Central Blvd., Suite 620
Case 6:12-bk-03297-KSJ                   860 N. Orange Ave., Ste. 135             Orlando, FL 32801-2440
Middle District of Florida               Orlando, Fl 32801-1011
Orlando
Thu Jul 12 16:58:29 EDT 2012

United States Bankruptcy Court           (p)AMERICAN HONDA FINANCE                Albertelli Law
135 West Central Boulevard Suite 950     P O BOX 168088                           PO Box 23028
Orlando, FL 32801-2443                   IRVING TX 75016-8088                     Tampa, FL 33623-2028


American InfoSource LP as agent for      (p)CAPITAL ONE                           (c)CBE GROUP
InSolve Recovery, LLC                    PO BOX 30285                             131 TOWER PARK DR STE 100
PO Box 269093                            SALT LAKE CITY UT 84130-0285             WATERLOO IA  50701-9374
Oklahoma City, OK  73126-9093


Citibank Usa                             Citifinancial                            Citifinancial Retail S
Attn.: Centralized  Bankruptcy           Po Box 499                               Po Box 22066
Po Box 20507                             Hanover, MD 21076-0499                   Tempe, AZ 85285-2066
Kansas City, MO 64195-0507


Countrywide Home Lending                 Emc Mortgage Corp                        Florida Department of Revenue
Attn: Bankruptcy SV-314B                 2780 Lake Vista Drive                    Bankruptcy Unit
Po Box 5170                              Lewisville, TX 75067-3884                Post Office Box 6668
Simi Valley, CA 93062-5170                                                        Tallahassee FL 32314-6668


HOUSEHOLD FINANCE CORPORATION III        Homeowners Association Eagle Creek       Homeowners Association of Eagle Creek
636 GRAND REGENCY BLVD.                  Attn: Danielle Riggin, Esquire           c/o Karen Wonsetler, P.A.
BRANDON, FL 33510-3942                   860 N. Orange Avenue                     860 N. Orange Ave.
                                         Suite 135                                Suite 135
                                         Orlando, FL 32801-1011                   Orlando, FL 32801-1011


(p)HSBC BANK                             Internal Revenue Service                 JP Morgan Chase Bank NA
ATTN BANKRUPTCY DEPARTMENT               Post Office Box 7346                     Attn:  Any Officer
PO BOX 5213                              Philadelphia PA 19101-7346               1111 Polaris Parkway
CAROL STREAM IL 60197-5213                                                        Columbus, OH 43240-2050


Macys/fdsb                               Maf Collection Service                   Midland Credit Management, Inc.
Macy’s Bankruptcy                        134 S Tampa St                           8875 Aero Drive, Suite 200
Po Box 8053                              Tampa, FL 33602-5354                     San Diego, CA 92123-2255
Mason, OH 45040-8053


Orange County Tax Collector              Orange County Tax Collector              Orange County Tax Collector
Attn:  Earl K. Wood                      Earl K. Wood Tax Collector               PO Box 545100
Post Office Box 2551                     PO Box 2551                              Local Business Tax Division
Orlando FL 32802-2551                    Orlando, FL 32802-2551                   Orlando, FL 32854-5100


Orlando Fcu                              (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Portfolio Recovery&aff
1117 S Westmoreland Dr                   PO BOX 41067                             Attn: Bankruptcy
Orlando, FL 32805-3866                   NORFOLK VA 23541-1067                    120 Corporate Blvd Ste 100
                                                                                  Norfolk, VA 23502-4962
```

| | | |
|---|---|---|
| Sams Club<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Thd/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Wells Fargo Home Mortgage<br>MAC X7801-03K<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | West Asset<br>Attn: Bankruptcy<br>P.O. Box 105478<br>Atlanta, GA 30348-5478 | Carol Rosemarie Wilson<br>12815 Oulton Circle<br>Orlando, FL 32832-6127 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Monica Robertson-Udokwu<br>Anderson and Associates PA<br>1339 W. Colonial Drive<br>Orlando, FL 32804-7133 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | (d)American Honda Finance Corp.<br>PO Box 60001<br>City Of Industry, CA 91716-0001 | Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>Po Box 5155<br>Norcross, GA 30091 |
| Hsbc/rs<br>Hsbc Attn: Bankruptcy<br>Po Box 15522<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Cbe Group
131 Towe Park Dr Suite 1
Waterloo, IA 50702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank | (u)866-716-6441 | (u)Cbc/aes/nct |

```
(u)Sallie Mae, Inc
Attn: Payment Dept
P.O. Box 9532
```

```
End of Label Matrix
Mailable recipients    37
Bypassed recipients     4
Total                  41
```