**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

Case No. 6:12-bk-03297CCJ

In re:

Chapter 13

CAROL ROSEMARIE WILSON,

    Debtor.

_____/

**ORDER GRANTING MOTION TO COMPEL MORTGAGE LENDER,**
**ALS VII-RVC, LLC, AND FCI LENDERS, INC.,**
**OR THEIR SUCCESSORS OR ASSIGNS, TO COMPLY WITH ORDER GRANTING**
**DEBTOR'S AMENDED MOTION TO APPROVE**
**HAMP TRIAL PERIOD AGREEMENT [DOC. NO. 48] [DOC. NO. 53]**

This matter came before the court, on January 13, 2015 at 2:00 p.m., on the *MOTION TO COMPEL MORTGAGE LENDER, ALS VII-RVC, LLC AND FCI LENDERS, INC., OR THEIR SUCCESSORS OR ASSIGNS, TO COMPLY WITH ORDER GRANTING DEBTOR'S AMENDED MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT [DOC. NO. 48][DOC. NO. 53][DOC. 62]* filed by the debtor, Carol Rosemarie Wilson. The Court having been advised of the record, and having considered the matter; and having found that it does have merit, ORDERS AS FOLLOWS:

    1.    The debtor's motion [Document No. 62] is hereby GRANTED;

    2.    ALS VII-RVC, LLC and FCI LENDERS, INC, as assignees and successors-in-interest of Wells Fargo and Residential Credit Solutions, shall send the Final Loan Modification Agreement to the debtor in compliance with the terms of the Trial Loan Modification Agreement and the court's ORDER GRANTING DEBTOR'S AMENDED MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT [DOC. 40][DOC. 53] within 30 days of entry of this order;

3. This order applies to any successor in interest of Wells Fargo or ALS VII-RVC, LLC and any servicer of the subject loan.

DONE and ORDERED in Orlando, Florida, this 28th day of January, 2015

_____
Honorable Cynthia C. Jackson
United States Bankruptcy Judge

Attorney, Monica Robertson-Udokwu, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.