UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Case No. 6:12-bk-03297 CCJ

CAROL ROSEMARIE WILSON,

        Debtor
_____/

**NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER GRANTING MOTION TO COMPEL MORTGAGE LENDER, ALS VII-RVC, LLC, AND FCI LENDERS, INC., OR THEIR SUCCESSORS OR ASSIGNS, TO COMPLY WITH ORDER GRANTING DEBTORS AMENDED MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT [DOC. NO. 48] [DOC. NO. 53][DOC. NO. 75] DOC [77]**

NOTICE IS HEREBY GIVEN THAT:

    CAROL ROSEMARIE WILSON, debtor, by and through the undersigned counsel, hereby withdraws the *MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER GRANTING MOTION TO COMPEL MORTGAGE LENDER, ALS VII-RVC, LLC, AND FCI LENDERS, INC., OR THEIR SUCCESSORS OR ASSIGNS, TO COMPLY WITH ORDER GRANTING DEBTORS AMENDED MOTION TO APPROVE HAMP TRIAL PERIOD AGREEMENT [DOC. NO. 48] [DOC. NO. 53][DOC. NO. 75] DOC [77]*.

DATED: July 12, 2016

                              /s/ Monica Robertson-Udokwu
                              Monica Robertson-Udokwu, Esquire
                              MONICA ROBERTSON-UDOKWU, PLLC
                              Attorney for the Debtor
                              1800 Pembrook Drive, Suite 300
                              Orlando, Florida 32810
                              (407) 619-9656
                              monicarobertsonpl@gmail.com

Certificate of Service

I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of the U.S. Bankruptcy Court, and a copy of this document was served electronically to all interested electronic filers through the CM/ECF system, and to the Office of the United States Trustee, George C. Young Federal building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801 Trustee, Laurie K. Weatherford, P.O. Box 3450, Winter Park, Florida 32790 and copies have been served on:

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    6409 CONGRESS AVENUE, SUITE 100
    BOCA RATON, FL 33487
    PHONE: 561-241-6901, EXT. 1385
    FAX: 561-997-6909
    ATTN: VANESSA D. TORRES-VEGA, ESQ.
    VDTORRES@RASFLAW.COM
    ATTORNEY FOR
    ALS VII-RVS, LLC
    FCI LENDERS, INC.
    PO BOX 27370
    ANAHEIM, CA 92809-0112
    FAX:  (714) 282-5775

Dated: July 12, 2016

                        /s/ Monica Robertson-Udokwu
                        Monica Robertson-Udokwu, Esquire
                        MONICA ROBERTSON-UDOKWU, PLLC
                        1800 Pembrook Drive, Suite 300
                        Orlando, Florida 32810
                         (407) 619-9656
                        monicarobertsonpl@gmail.com